IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMMY O'NEIL CHARITY,

      Plaintiff,                        No. 2:11-cv-0689 KJN P

vs.

BOARD OF PAROLE HEARINGS CHAIRPERSON, et al.,

      Defendants.                 ORDER

/

        Plaintiff is a state prisoner incarcerated at Chuckawalla Valley State Prison in Blythe, California. Plaintiff, who proceeds without counsel, has filed a pleading designated a civil rights complaint pursuant to 42 U.S.C. § 1983, although the contents of the petition suggest that plaintiff may be seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Under either construction, the pleading was improperly filed in this court.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

1  In this case, none of the defendants reside in this district. The claim arose in
2  Riverside County, which is in the Central District of California. Therefore, plaintiff's claim
3  should have been filed in the United States District Court for the Central District of California.
4  In the interests of justice, a federal court may transfer a complaint filed in the wrong district to
5  the correct district. <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir.
6  1974).

7  Accordingly, IT IS HEREBY ORDERED that:

8  1. This court has not ruled on plaintiff's motion to proceed in forma pauperis, or
9  motion to appoint counsel; and

10  2. This matter is transferred to the United States District Court for the Central
11  District of California.

12  DATED: April 12, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

char0689.21